# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF TENNESSEE

# NASHVILLE DIVISION

| | |
|---|---|
| EUGENE SCALIA,<br>Secretary of Labor, United States<br>Department of Labor,<br><br>      Plaintiff<br><br>v.<br><br>LOS COMPADRES MT. JULIET, INC.<br>and JOSE GUTIERREZ,<br><br>      Defendants | Case No. 3:18-cv-00022<br><br>District Judge Waverly D. Crenshaw<br><br>Magistrate Judge Barbara D. Holmes |

## ORDER

This matter is before the Court on the parties' joint motion to cancel the contempt hearing (Doc. No. 57). The Plaintiff has advised the Court that they no longer wish the Court to entertain proof and argument regarding contempt sanctions in this matter, dismissing contempt claims with prejudice, and have requested that the Court cancel the upcoming hearing and the deadlines associated with same. It is therefore ORDERED, ADJUDGED, AND DECREED that the contempt hearing scheduled for Thursday, December 12, 2019 at 1:30 p.m. is cancelled and the deadlines associated with the hearing are vacated. Contempt claims against the Defendant are hereby dismissed with prejudice. The Clerk is directed to close this case. However, any further case must identify this case as related.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE